The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company and Others, Relators, v. The Public Service Commission of the State of New York, Second District, and Others, and The Buffalo Frontier Terminal Railroad Company, Respondents.— Determination of Public Service Commission confirmed and writ dismissed, with fifty dollars costs and disbursements. All concurred.

Albert H. Hamilton, Respondent, v. Press Publishing Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is grossly excessive. All concurred.

Emma Olsen, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

August Finck, Jr., Appellant, v. Homer Weston, Respondent.— Judgment affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

Margaret Guilfoyle, as Administratrix, etc., of James Guilfoyle, Deceased, Respondent, v. Charles McDermott and Clifford Lewis, Jr., as Receivers of the McDermott Contracting Company, Appellants.— Judgment and order affirmed, with costs. All concurred, except Spring and Robson, JJ., who dissented on the ground that the method used was safe.

Valentine Stefaniak, Respondent, v. Hans Schmidt, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except McLennan, P. J., and Robson, J., who dissented and voted for reversal on the ground of errors in the charge and in the reception of evidence.

Mary Brandou, Appellant, v. Town of Kirkland, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence presented questions of fact for the jury. All concurred, except Robson, J., who dissented.

Harold C. Keller, by Joseph Keller, His Guardian ad Litem, Respondent, v. Fort Stanwix Knitting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Johanna E. O'Brien, as Administratrix, etc., of Patrick H. O'Brien, Deceased, Respondent, v. The City of Auburn, Appellant.— Judgment and order affirmed, with costs. All concurred.

George H. Pletts, Appellant, v. Ellen C. Barton and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Max Maximilian, Respondent, v. John B. Porter and Max Maximilian Tool and Machine Company, Appellants, Impleaded with Frederick A. Meyer.— Order affirmed, with ten dollars costs and disbursements. All concurred.